

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

November 25, 1964

Honorable Jesse James
Treasurer of the State of Texas
Capitol Station
Austin, Texas

Opinion No. C-351

Re: Whether paragraph 9 of
Chapter 7 of House Bill
No. 11, Acts of the 56th
Legislature, Third
Called Session (Article
7.08 Tax. Gen.), is in
conflict with the Texas
Constitution.

Dear Sir:

By letter of November 9, 1964, you request an opinion
of this office as to whether paragraph 9 of Chapter 7 of
House Bill No. 11, Acts of the 56th Legislature, Third
Called Session (Article 7.08 Tax. Gen.), is constitutional.
Said paragraph reads as follows:

> "The State Treasurer shall require that
> payment in full for stamps or meter
> settings be made within fifteen (15)
> days from the date the stamps or the set
> meter are received by the distributor.
> Upon receipt of an order for stamps or
> the setting of a meter, the State
> Treasurer shall ship such stamps or set
> such meter in compliance with the order
> and transmit with the stamps or the
> meter a certified statement showing the
> amount due for said stamps or meter set-
> ting, and the distributor shall forward
> a remittance as payment in full of the
> amount certified as due by the State
> Treasurer within fifteen (15) days after
> receipt of the stamps or the set meter
> and the certified statement. Any dis-
> tributor who fails to forward the proper
> remittance within fifteen (15) days
> after receipt of the stamps or the set
> meter and the certified statement shall
> be notified by the State Treasurer with-
> in five (5) days after the end of the

fifteen day period to appear within
five (5) days before the Treasurer
to show cause why he should not be
denied the privilege of ordering
stamps as herein provided, and if
such distributor shall fail to show
good cause, the Treasurer is hereby
authorized to discontinue the ship-
ment of stamps or the setting of
meters  as provided in this Section."

The provisions of the above paragraph call for the
State Treasurer to ship cigarette stamps or ship a set
meter for use in stamping cigarettes, without receiving
payment for such stamps or set meter, at the time of
shipment, with the distributor or recipient of such stamps
having 15 days within which to pay for the same.  Such
practice clearly puts the State of Texas in the business
of extending credit to the recipients of cigarette stamps
for a period of 15 days.  Experience has recently demon-
strated that failure of a person or firm to pay within
the time prescribed by law causes the State of Texas loss
of revenue amounting to thousands of dollars.

Article 3, Section 50 of the Texas Constitution is
as follows:

"The Legislature shall have no power
to give or to lend, or to authorize
the giving or lending, of the credit
of the State in aid of, or to any
person, association or corporation,
whether municipal or other, or to
pledge the credit of the State in any
manner whatsoever, for the payment of
the liabilities, present or prospective,
of any individual, association of
individuals, municipal or other cor-
poration whatsoever."

The above provision of the Constitution is plain and unambiguous.  It clearly states, "The Legislature shall have no power to give . . . the credit of the state . . . to any person, association or corporation. . . ."

This office, in Attorney General's opinion No. 2996, held that the sending by the state of stamps on consignment was a giving or lending of the credit of the state and was in violation of said Section 50 of Article 3 of the Constitution.

It is therefore our opinion that Paragraph 9 of Chapter 7 of House Bill No. 11, Acts of the 56th Legislature, Third Called Session (Article 7.08 Tax. Gen.), is in direct conflict with the above provisions of the Constitution, and is unconstitutional.

## S U M M A R Y

Paragraph 9 of Chapter 7 of House Bill No. 11, Acts of the 56th Legislature, Third Called Session (Article 7.08 Tax. Gen.) is unconstitutional.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

GORDON C. CASS
Assistant Attorney General

GCC:dl

APPROVED BY OPINION COMMITTEE:

W. V. Geppert, Chairman
H. Grady  Chandler
W. E. Allen
Joe Long
Marietta McGregor Payne

APPROVED FOR THE ATTORNEY GENERAL
BY ROGER TYLER